GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
Arizona State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 22-01214-JCH-JR-001 |
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Erik Manuel Estrada, | |
| Defendant. | |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for March 2, 2023.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 15 and a criminal history category I1 for the defendant resulting in a sentencing guideline range of 18 to 24 months. The government agrees with these calculations. Under the plea agreement, the defendant's sentence cannot exceed the bottom of the applicable guideline range.

**Sentencing Factors**

Title 18 U.S.C. § 3553(a) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of

the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. §3553(a)(2). The sentence shall also consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

The defendant and his wife (who is also his codefendant) were purchasing firearms for minors and others during an eight-month period. The defendant stated that he bought firearms for people who were too young to purchase firearms. The defendant admitted that he knew he was buying the firearms for minors who were too young to legally purchase them. The defendant admitted that he lied about being the actual purchaser of the firearms and about his address when completing the Form 4473 for the firearms.

Straw purchasing and transfer of firearms to prohibited persons, including minors, contributes to gun violence in this country. In 2019, the USDOJ Bureau of Justice Statistics issued a study about the connection between firearms and violent crimes. "Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016, https://bjs.ojp.gov/content/pub/pdf/suficspi16.pdf (*last accessed 2/21/23*). The study focused on firearm possession of prisoners during the offenses that led to their incarceration at both the federal and state level. Among prisoners who possessed a firearm during the commission of an offense, 90% did not obtain the firearm from a retail source. *Id.* p. 1. When a firearm is purchased from federal firearm licensees, a background check is conducted that is intended to prevent minors and other prohibited persons from purchasing firearms. Unscrupulous actors, like the defendants, who purchase firearms with the intention of transferring them to people who are prohibited by law from possessing firearms, bypass these safeguards. Without straw purchasers, it would be much more difficult for prohibited persons to get firearms.

This is the defendant's first felony conviction. He has been on pretrial release since June of 2022. He has complied with his conditions of release, including testing negative for illicit drug use (except for one use of marijuana) and participating in both substance

abuse and mental health treatment. The defendant is also actively working on completing a reunification plan to regain custody of his daughter. He is also has full-time employment.

**Recommendation**

The United States agrees with the reasoning and recommendation in the PSR and respectfully requests that the Court impose a sentence of 5 years of probation. The defendant's performance on pretrial release indicates that he complies with the Court's orders and is likely to be successful on probation. Such a sentence would be consistent with § 3553(a) factors. It would reflect the seriousness of the offense, promote respect for the law, and deter the defendant from committing further crimes.

Respectfully submitted this 23rd day of February, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah B. Houston*

SARAH B. HOUSTON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 23rd day of February, 2023, to:

All ECF Participants