GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
Arizona State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Jayme Megan Estrada,<br><br>  Defendant. | CR 22-01214-002-TUC-JCH (JR)<br><br>**GOVERNMENT'S DISPOSITION MEMORANDUM** |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The disposition hearing is currently scheduled for April 8, 2024.

**Disposition Report Calculations**

The disposition report (Doc. 90) identifies a grade C violation and a criminal history category II for the defendant resulting in a guideline range of 4 to 10 months. The government agrees with these calculations. There is no disposition agreement. At the final disposition hearing, the United States will move to dismiss any remaining allegations in the Petition to Revoke (Doc. 84).

**Recommendation**

The defendant has continued to struggle with substance abuse following her release from prison. She was using cocaine and provided it to another person at her residential re-entry placement. To her credit she did admit to the cocaine use when confronted by her probation officer.

The United States agrees with the reasoning and recommendation in the disposition report and respectfully requests that the Court impose a sentence of 4 months followed by 24 months of supervised release. Such a sentence would be a fair consequence for the defendant's violations and hopefully provide additional structure and support to promote her successful reentry into the community.

Respectfully submitted this 1st day of April, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah B. Houston*

SARAH B. HOUSTON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 1st day of April, 2024, to:

All ECF Participants